EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Carisa López Galib | 2010 TSPR 101<br><br>179 DPR ____ |

Número del Caso: TS-12,782

Fecha: 18 de junio de 2010

Abogado de la Parte Peticionaria:

        Por derecho Propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

                                12,782
Carisa López Galib


                          RESOLUCIÓN

San Juan, Puerto Rico, a  18 de junio de 2010

    Examinada   la   Moción   Solicitando   Baja
Voluntaria    presentada  por  la  Lcda.  Carisa
López  Galib,  así  como  la  comunicación  de  la
Procuradora   General,   se    autoriza   su   baja
voluntaria.

    Publíquese.

    Lo   acordó   el   Tribunal   y   certifica   la
Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                   Secretaria del Tribunal Supremo